IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br><br>SIDESOLVE LLC<br>   429 S 22ND ST.<br>   SAN JOSE, CA 95116<br><br>      Plaintiff-Relator,<br><br>v.<br><br>GOOD FOOD INSTITUTE INC.<br>   12503 D. N HARRISON ST. #19<br>   ARLINGTON, VA 22207<br><br>      Defendant. | Case: 1:23−cv−03211 JURY DEMAND<br>Assigned To : Cooper, Christopher R.<br>Assign. Date : 10/18/2023<br>Description: Gen. Civil (E−DECK)<br><br>Case No. _____<br>Jury Trial Demanded<br>FILED UNDER SEAL |

## COMPLAINT

1. Relator Sidesolve LLC brings this action on behalf of itself and the United States of America against Defendant Good Food Institute Inc. for violations of the federal False Claims Act, 31 U.S.C. §§ 3729 *et seq*.

2. This action seeks to recover funds that were loaned to Defendant through the federal Government's Paycheck Protection Program ("PPP") and forgiven as a result of false applications.

3. Sidesolve LLC is a company that uses data to investigate large-scale corporate fraud. Its goal is to use the technology it is developing to protect individuals on private healthcare plans. It is currently developing its technology using public databases. It uses computational statistics to match entities across multiple resources such as databases, social media, corporate filings, and other sources. From this broader picture, it finds fraud leads, which it follows up with a more traditional manual investigation. In sum, Sidesolve LLC uses its expertise and proprietary technology to both collect the scattered pieces of the fraud puzzle and also to put them together

-1-



RECEIVED
OCT 18 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

into a complete picture of the alleged fraud.

4. While searching for potential PPP loan fraud in data released by the SBA, Sidesolve came across Defendant Good Food Institute Inc., a think tank that had applied for a PPP loan of $959,910. The loan was forgiven in its entirety, plus interest.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action pursuant to 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1331, 1345.

6. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 31 U.S.C. § 3732(a), as Defendant transacts business in this jurisdiction and violations of the False Claims Act described herein occurred in this district.

## THE PAYCHECK PROTECTION PROGRAM

7. During the COVID-19 pandemic, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"). Section 1102 of the CARES Act contains a program called the Paycheck Protection Program, a program administered by the U.S. Small Business Administration ("SBA") to provide economic relief to small businesses nationwide adversely impacted by the coronavirus pandemic.

8. Section 1102 of the CARES Act temporarily permitted SBA to guarantee 100% of the PPP loans. Section 1106 of the CARES Act provided for forgiveness of up to the full principal amount of qualifying loans guaranteed under the PPP.

9. The CARES Act gives lenders delegated authority to process loan applications for PPP funding. SBA allowed lenders to rely on certifications of the borrowers in order to determine eligibility of the borrower and use of loan proceeds, and to rely on specified documents provided by the borrower to determine qualifying loan amount, and eligibility for loan forgiveness.

10. The Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), authorized and funded a Second Draw PPP Loan program.

11. For Second Draw PPP Loans, lenders were compensated by the federal government via processing fees based on the balance of the financing outstanding at the time of final disbursement, in the amount of five (5) percent for loans of more than $50,000 and not more than $350,000, and in the amount of three (3) percent for loans above $350,000.

12. Each borrower certified on the Second Draw loan applications that they were eligible to receive the loans under the program guidelines and that their applications and supporting documentation were accurate.

13. Borrowers were able to seek forgiveness of the loan if the funds were used for eligible payroll costs, payments on business mortgage interest payments, rent, or utilities.

## PPP REGULATIONS FOR THINK TANKS

14. The SBA opened applications for Second Draw PPP Loans on January 15, 2021.

15. Paragraph 7(a)(37)(A)(iv)(III)(bb) of the Small Business Act, added by the Economic Aid Act (P.L. 116-260, in the Consolidated Appropriations Act of 2021), which authorized and funded the Second Draw program, excluded from eligibility:

> any business concern or entity primarily engaged in political or lobbying activities, which shall include any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents.

(This definition shall hereinafter be referred to generally as "Think Tanks.")

16. The Interim Final Rule for the Second Draw Loans, effective January 12, 2021 and published January 14, 2021, thrice indicated that Think Tanks were not eligible for Second Draw Loans: Section C. Excluded Entities (86 FR 3715) (describing Think Tanks as a "prohibited borrower"); IV(e) Who is not eligible for a Second Draw PPP Loan? (86 FR 3718-19); and

IV(g)(3)(ii)(E) (86 FR 3721 (requiring certification that applicant is not a Think Tank).

17. Accordingly, every version of the Second Draw Borrower Application Form, starting January 8, 2021, required that "The authorized representative of the Applicant must certify in good faith to all of the below by initialing next to each one" that "The Applicant is not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents."

18. Defendants could not have obtained a Second Draw PPP Loan without knowingly making this false certification.

19. Congress expressly determined that Think Tanks should be excluded from the Second Draw PPP Loans. Accordingly, the defendant should be required to repay its individual loan forgiveness and processing fees, plus penalties.

## PARTIES

20. Relator Sidesolve LLC is a company that uses data to investigate scaled corporate fraud.

21. Defendant Good Food Institute Inc. ("GFI") is a registered non-profit organization under the IRS code section 501(c)(3). Its principal address is PO Box 96503, PMB 42019, Washington, DC 20090. Upon information and belief, it also has a physical address of 12503 D. N Harrison St. #19, Arlington, VA 22207.

## FACTUAL ALLEGATIONS

22. On February 13, 2021, GFI was approved for a Second Draw PPP loan in the amount of $959,910 by JPMorgan Chase Bank, National Association. The amount forgiven was $971,042.

23. GFI listed NAICS code 813312 (environment, conservation and wildlife organizations) on its PPP loan application.

24. According to its website homepage, "The Good Food Institute is a nonprofit think tank and international network of organizations working to accelerate alternative protein innovation." Similarly, on its About page, GFI writes "The Good Food Institute is a nonprofit think tank working to make the global food system better for the planet, people, and animals."

25. GFI's website includes a "Policy" page, which states that "Plant-based and cultivated meat offer clear solutions to major national and global challenges — the very issues governments exist to address. As a nonprofit working toward a sustainable global food system, GFI advocates fair policy and public research funding for alternative proteins." The page further explains that "GFI's Policy Team is an interdisciplinary team of lawyers, lobbyists, and policy experts" focused on "securing government funding," advocating for "clear and efficient regulations," and "advocating for fair labeling." It also states: "Through public research, fair regulation, and smart investment, the U.S. government has a crucial role to play in making our food future more sustainable, secure, and just. GFI's U.S. policy team engages leaders at all levels of government to address food system challenges through alternative protein solutions."

26. GFI's 2020 Form 990 states that its largest program is science and technology ($5.1M). GFI's second largest program ($2M in expenses) is public policy advocacy: "GFI's policy department is focused on removing hurdles to alternative proteins and leveraging government resources to accelerate progress. The policy team directs two primary initiatives: educating public institutions, and engaging with nonprofit organizations to support policy objectives. The policy department also uses impact litigation as a strategic tool where warranted."

27. GFI checked the "Yes" box for the question "Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year?" As a result, it had to file a Schedule C, which indicates that in 2020, GFI spent $9,921 in "total lobbying expenditures

to influence public opinion (grass roots lobbying)" and $389,737 in "total lobbying expenditures to influence a legislative body (direct lobbying)." The form also shows that in 2019 and 2020, GFI had $647,003 in total lobbying expenditures.

28. GFI is registered as a client and registrant under the Lobbying Disclosure Act. GFI's LD-2 Lobbying Disclosure Forms from 2020 and 2021 indicate that GFI lobbied the Senate, House of Representatives, Executive Office of the President, and Department of Agriculture with regards to federal funding, regulatory authority, and legislation, including the Food Safety Modernization for Innovative Technologies Act, Real Marketing Edible Artificials Truthfully Act of 2019, and the Dairy Pride Act.

29. In sum, the Good Food Institute checks all the SBA's boxes for what qualifies as a Think Tank when it need only check *any* of the boxes. GFI is primarily engaged in political and lobbying activities, it is organized for research and advocacy in the public policy area alternative proteins, and it routinely refers to itself as a think tank. For these reasons, GFI was not eligible for a Second Draw PPP Loan.

**COUNT I**
**VIOLATIONS OF 31 U.S.C. § 3729**
**FALSE CLAIMS ACT**

30. Relator hereby incorporates and realleges herein all other paragraphs as if fully set forth herein.

31. As set forth above, Defendant knowingly presented or caused to be presented false or fraudulent claims for payment or approval, in violation of 31 U.S.C. § 3729(a)(1)(A).

32. As set forth above, Defendant knowingly made, used, or caused to be made or used, false records or statements material to false claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B).

33. Due to Defendant's conduct, the United States Government has suffered substantial monetary damages and is entitled to recover treble damages and a civil penalty for each false claim. 31 U.S.C. § 3729.

34. Relator is entitled to reasonable attorneys' fees, costs, and expenses. 31 U.S.C. § 3730(d)(1).

## PRAYER FOR RELIEF

WHEREFORE, Relator prays for judgment against Defendant:

(a) awarding the United States treble damages sustained by it for each of the false claims;

(b) awarding the United States the maximum civil penalty for each of the false claims, records, statements, and unlawful acts;

(c) awarding Relator the maximum share of the proceeds of this action and any alternate remedy or the settlement of any such claim;

(d) awarding Relator litigation costs, expenses, and reasonable attorneys' fees;

(e) granting such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Relator hereby respectfully demands trial by jury on all issues and counts triable as of right before a jury.

Respectfully submitted,

Nathan M. Peak
District of Columbia Bar No. 978215
**BRACKER & MARCUS LLC**
3355 Lenox Road, Suite 660
Atlanta, GA 30326

Tel. (770) 988-5035  
Fax (678) 648-5544  
Nathan@FCAcounsel.com